Jeffrey S. Weinstein, Esq. (JW-2619)
MOUND COTTON WOLLAN & GREENGRASS
60 Park Place
Newark, New Jersey 07102
(973) 494-0600
jweinstein@moundcotton.com

Attorneys for Defendants Except
Lloyd's Syndicate 1200

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORMOSA PLASTICS CORPORATION, U.S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; NEW HAMPSHIRE INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; EVEREST REINSURANCE (BERMUDA) LTD.; ALLIED WORLD ASSURANCE COMPANY, LTD.; LLOYD'S SYNDICATE 1414 (UK); LLOYD'S SYNDICATE 1200 (AA-1127200) (UK); LLOYD'S SYNDICATE 33 (UK); LLOYD'S SYNDICATE 1221 (UK); LLOYD'S SYNDICATE 282 (UK); LLOYD'S SYNDICATE 2003 (UK); and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendants. | Docket No.:<br><br>Civil Action No. 06-5055 (HAA)<br><br>**STIPULATION TO EXTEND TIME TO ANSWER** |

IT IS STIPULATED AND AGREED that the time within which the defendants are required to appear, answer, or otherwise move with respect to the Complaint in this action is extended to October 31, 2008.

Dated: ~~New York, New York~~
September 24, 2008

KILLIAN & SALISBURY, P.C.
Attorneys for Plaintiff

By: _____
Eugene Killian, Jr.
77 Brant Avenue, Suite 115
Clark, New Jersey 07066
(732) 827-8600


MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Defendants Except
Lloyd's Syndicate 1200

By: _____
Jeffrey S. Weinstein
60 Park Place
Newark, New Jersey 07102
(973) 494-0600


DUANE MORRIS LLP
Attorneys for Defendant Lloyd's Syndicate 1200

By: _____
Gregory R. Haworth
744 Broad Street
Newark, New Jersey 07102-3889
(973) 424-2014


SO ORDERED,

_____
HON. HAROLD A. ACKERMAN, U.S.D.J.