Eugene Killian, Jr. (EK-9972)
THE KILLIAN FIRM, P.C.
555 Route 1 South
Suite 430
Iselin, NJ  08830
732-912-2100
ekillian@tkfpc.com

Barry J. Fleishman
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, NW
Suite 900
Washington, DC  20005
202-508-5800
bfleishman@kilpatricktownsend.com

*Attorneys for Plaintiff*



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORMOSA PLASTICS CORPORATION, U.S.A., | Case No.: 2:06-CV-05055-GEB-ES |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION** |
| ACE AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. | |

This action having been amicably resolved, it is on this 26th day of January 2011 ORDERED that all claims in this action are hereby dismissed with prejudice and without costs to any party.

_____
HON. GARRETT E. BROWN, U.S.D.J.